Same case below, 415 Fed. Appx. 86.

No. 10-10871. Bernard Albert Nelson, Petitioner v. California.

565 U.S. 854, 132 S. Ct. 183, 181 L. Ed. 2d 93, 2011 U.S. LEXIS 6034.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 51 Cal. 4th 198, 120 Cal. Rptr. 3d 406, 246 P.3d 301.

No. 10-10872. Carol A. Murphy, Petitioner v. Maine (two judgments).

565 U.S. 854, 132 S. Ct. 183, 181 L. Ed. 2d 93, 2011 U.S. LEXIS 5908.

October 3, 2011. Petition for writ of certiorari to the Supreme Judicial Court of Maine denied.

Same case below, 10 A.3d 697 (second judgment).

No. 10-10873. Irvin Lamar Simpson, Petitioner v. United States.

565 U.S. 854, 132 S. Ct. 183, 181 L. Ed. 2d 93, 2011 U.S. LEXIS 6060.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-10874. Robert Thompson, Petitioner v. United States.

565 U.S. 854, 132 S. Ct. 184, 181 L. Ed. 2d 93, 2011 U.S. LEXIS 6035.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 417 Fed. Appx. 429.

No. 10-10876. Christopher B. Thompson, Petitioner v. Mike Dittman, Warden.

565 U.S. 854, 132 S. Ct. 184, 181 L. Ed. 2d 93, 2011 U.S. LEXIS 6426,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-10877. Tabari Malik Zahir, Petitioner v. United States.

565 U.S. 854, 132 S. Ct. 184, 181 L. Ed. 2d 93, 2011 U.S. LEXIS 6240.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 404 Fed. Appx. 585.

No. 10-10878. Cory Cortes, Petitioner v. United States.

No. 10-10939. Darrell Brown, Petitioner v. United States.

565 U.S. 854, 132 S. Ct. 184, 181 L. Ed. 2d 93, 2011 U.S. LEXIS 6314,

October 3, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same cases below, 414 Fed. Appx. 189.